PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 JAN 20  PM 12: 30

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                     Crim. No.  05CR00733-001-GT

Edward PRATT

On _____August 11, 2005_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Deputy Chief Probation Officer
Trisha K. Yamauchi

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated ___15th___ day of ___January___, 20 _10_.

_____
Senior U.S. District Judge
The Honorable Gordon Thompson, Jr.